1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272

FILED

2005 SEP 29  P 3: 26

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
      DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 05-0227 LJO |
| Plaintiff, ) | ORDER |
| v. ) | |
| DONALD LEE GLASPIE, ) | |
| Defendant. ) | |

Having considered the government's application to unseal the arrest warrant, criminal complaint and affidavit in the above-captioned proceeding,

IT IS HEREBY ORDERED that the arrest warrant, criminal complaint and affidavit submitted in support of the criminal complaint shall be UNSEALED.

Dated: September 29, 2005

LAWRENCE J. O'NEILL
U.S. Magistrate Judge

1